H. Mark Mersel, California Bar No. 130382
mark.mersel@bclplaw.com
Olivia J. Scott, California Bar No. 329725
olivia.scott3@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Plaintiff RIC (SAN LEANDRO) LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIC (SAN LEANDRO) LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>BRUCE DOUGLAS MILLER, an individual and Wyoming resident, PATRICK JOHN KOENTGES, an individual and Colorado resident, KENNETH EDWARD GREER, an individual and Colorado resident, GREEN SAGE, LLC, a Colorado limited liability company,<br><br>Defendants. | Case No. 3:23-cv-01501-SK<br><br>**DECLARATION OF OLIVIA J. SCOTT IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR ORDER AUTHORIZING SERVICE OF DEFENDANTS BRUCE DOUGLAS MILLER AND KENNETH EDWARD GREER BY PUBLICATION**<br><br>**[Fed R.Civ.P. 4(e)(1)]**<br><br>[*Filed contemporaneously with Notice of Motion and Memorandum of Points and Authorities; Declaration of Bill Murdoch; and [Proposed] Order]*<br><br>Hon. Sallie Kim, Courtroom C<br><br>Date: August 21, 2023<br>Time: 9:30 a.m.<br>Courtroom: C |

# DECLARATION OF OLIVIA J. SCOTT

I, Olivia J. Scott, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate at the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Plaintiff RIC (San Leandro) LLC, ("**Plaintiff**"). I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could testify competently to them.

2. This declaration is now resubmitted in support of the Renewed Motion for Order Authorizing Service by Publication, as required by the Court's June 10, 2023 Order on the Original Motion for an Order Authorizing Service by Publication, which the Court granted with respect to Plaintiff's request for an extension of the time to serve the summons and Complaint, but denied as to authorizing service by publication, requiring an additional declaration to be submitted by Plaintiff.

3. On or around March 23, 2023, Plaintiff filed the underlying Complaint and asserted claims for breach of certain written guaranty agreements, as defined in the Complaint, against Mr. Miller, Mr. Greer, Patrick Koentges and Green Sage, LLC. Prior to filing the underlying Complaint, Plaintiff participated in mediation that involved separate claims with respect to the collateral securing the Loan Documents,[1] which Loan is guaranteed by the Defendants.

4. After filing this Complaint, Plaintiff attempted to personally serve Mr. Miller at an address in Littleton, Colorado (where Plaintiff understands on information and belief that Mr. Miller may reside); Belgrade, Montana (where Plaintiff understands on information and belief that Mr. Miller owns a ranch property); and Jackson, Wyoming (where Plaintiff understands on information and belief that Mr. Miller may reside). True and correct copies of the affidavits of due diligence evidencing the attempts to serve Mr. Miller at the foregoing three addresses are attached hereto as **Exhibits A-C**, respectively.

5. Plaintiff's counsel also spoke to an attorney for Mr. Miller's ex-wife, Angela Rockwood, who confirmed the address of the Belgrade, Montana property—at which location

---

[1] Capitalized terms not otherwise defined herein retain their definition as assigned in the Complaint.

607182176  1

Plaintiff attempted service seven times—as a property owned by the couple.

6. The attorney for Mr. Miller's ex-wife also identified Mr. Miller's counsel in litigation with his ex-wife as Peter D. Menges of The Law Office of Peter D. Menges, P.C. Thereafter, counsel for Plaintiff contacted Mr. Menges by telephone in an attempt to determine the location of Mr. Miller. Mr. Menges responded on May 20 by email and stated that he represents Mr. Miller on a "limited issue" in Jefferson County, Colorado, but does not have authority to disclose his whereabouts. A true and correct copy of Mr. Menges' email to Plaintiff's counsel is attached hereto as **Exhibit D**.

7. Beginning on or around April 5, 2023, and as of the date of this Motion, Plaintiff attempted to serve Mr. Greer no less than 13 times at a total of three different addresses: two addresses in Denver, Colorado (where Plaintiff understands on information and belief that Mr. Greer resides) and one address in La Jolla, California (where Plaintiff understands on information and belief Mr. Greer may own a second residence. True and correct copies of the affidavits of due diligence evidencing the attempts to serve Mr. Miller at the foregoing three addresses are attached hereto as **Exhibits E-G**, respectively.

8. On or about May 9, 2023, Plaintiff hired licensed private investigator, Bill Murdoch to identify (and corroborate) any addresses associated with either Defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct.

Executed on this 18th day of July, 2023, at Irvine, California.

_____
Olivia J. Scott