# EXHIBIT A

| Attorney or Party without Attorney:<br>Olivia J. Scott, Esq<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Telephone No: 310-576-2100<br>Attorney For: | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: RIC (SAN LEANDRO) LLC, a California limited liability company<br>Defendant: BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al. | | | | | |
| AFFIDAVIT OF<br>DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>3:23-cv-01501-SK |

1. I, Brian Olds, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject BRUCE DOUGLAS MILLER, an individual and Wyoming resident as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Case assigned to Magistrate Judge Sallie Kim.; Standing Order For Magistrate Judge Sallie Kim; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Interested Parties and Corporate Disclosure Statement of Plaintiff RIC (San Leandro) LLC

**Attempt Detail**

1) Unsuccessful Attempt on: May 2, 2023, 8:00 pm MST at 2743 W Long Dr, Littleton, CO 80120
I spoke to a woman who responded through the video doorbell (lights were on and I saw movement inside). She told me that the subject does not live there but that they have been getting a lot of mail addressed to him that look like "court stuff". She said that they give back to the mailman.
The woman said that her parents bought the town home last year and she moved in September 2022. She said that a woman named Joyce was the seller.

3. *Person Who Served Papers:*
   a. Brian Olds
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $483.56

4. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/12/2023
(Date)                                    (Signature)



AFFIDAVIT OF
DUE DILIGENCE

8807222
(5306363)

Exhibit A - Page 3