# EXHIBIT B

| Attorney or Party without Attorney:<br>H. Mark Mersel (SBN 130382)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1920 Main Street, Suite 1000<br>Irine, CA 92614<br>Telephone No: 949-223-7000<br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: RIC (SAN LEANDRO) LLC, a California limited liability company<br>Defendant: BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al. |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-01501-SK |
|---|---|---|---|---|

1. I, Mark McGlynn 18282, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Bruce Douglas Miller, an individual as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Case assigned to Magistrate Judge Sallie Kim; Standing Order For Magistrate Judge Sallie Kim; Notice of Interested Parties and Corporate Disclosure Statement of Plaintiff RIC LLC

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Mark McGlynn 18282 on: Apr 12, 2023, 11:53 am MST at 10669 Gee Norman Rd, Belgrade, MT 59714
Gated driveway. Unable to enter and get to the house. Left my business card on the intercom system by the gate.

2) Unsuccessful Attempt by: Mark McGlynn 18282 on: Apr 14, 2023, 4:46 pm MST at 10669 Gee Norman Rd, Belgrade, MT 59714
Gated driveway. Unable to enter. My business card still on the intercom next to the gate. No one appears to be coming or going from this property.

3) Unsuccessful Attempt by: Mark McGlynn 18282 on: Apr 17, 2023, 12:30 pm MDT at 10669 Gee Norman Rd, Belgrade, MT 59714
Gated driveway. Unable to enter. My business card still on the intercom by the gate. No one is coming or going from this property.

4) Unsuccessful Attempt by: Mark McGlynn 18282 on: Apr 20, 2023, 1:30 pm MST at 10669 Gee Norman Rd, Belgrade, MT 59714
Gated driveway. Unable to enter. My business card still taped to the intercom by the gate. Unplowed driveway and no vehicle tracks indicate no one is coming or going from this property.

5) Unsuccessful Attempt by: Mark McGlynn 18282 on: Apr 25, 2023, 4:43 pm MST at 10669 Gee Norman Rd, Belgrade, MT 59714
Gated driveway. Unable to enter. My business card still taped to the intercom near the gate. No one appears to be coming or going from this property.

6) Unsuccessful Attempt by: Mark McGlynn 18282 on: May 6, 2023, 5:49 pm MST at 10669 Gee Norman Rd, Belgrade, MT 59714
Gated driveway. Unable to enter. My business card still on the intercom next to the gate.

7) Unsuccessful Attempt by: Mark McGlynn 18282 on: May 13, 2023, 5:31 pm MDT at 10669 Gee Norman Rd, Belgrade, MT 59714
Gated driveway. Unable to enter. My business card still on the intercom next to the gate. No indication that anyone is coming or going from this property.



AFFIDAVIT OF
DUE DILIGENCE

8694341
(5285099)
Page 1 of 2

Exhibit B - Page 1

| Attorney or Party without Attorney: <br> H. Mark Mersel (SBN 130382) <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> 1920 Main Street, Suite 1000 <br> Irine, CA 92614 <br> Telephone No: 310-576-2100 <br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: RIC (SAN LEANDRO) LLC, a California limited liability company <br> Defendant: BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al. | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: Time: Dept/Div: | Case Number: <br> 3:23-cv-01501-SK |

3. **Person Who Served Papers:**
   a. Mark McGlynn 18282
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)
d. **The Fee** for Service was: $1101.21
e. I am: Not A Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

05/22/2023
(Date)

*Mark McGly*
(Signature)
MT #18282



AFFIDAVIT OF
DUE DILIGENCE

8694341
(5285099)
Page 2 of 2

Exhibit B - Page 2