# EXHIBIT C

| Attorney or Party without Attorney: <br> Olivia J. Scott <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> 1920 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br>   Telephone No: 310-576-2100 <br><br>   Attorney For: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT <br> for the Northern District of California | | | | |
| Plaintiff: RIC (SAN LEANDRO) LLC, a California limited liability company <br> Defendant: BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al. | | | | |
| AFFIDAVIT OF <br> DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:23-cv-01501-SK |

1. I, Tom Combs, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject BRUCE DOUGLAS MILLER, an individual and Wyoming resident as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Interested Parties and Corporate Disclosure Statement of Plaintiff RIC (San Leandro) LLC; Case assigned to Magistrate Judge Sallie Kim.; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For Magistrate Judge Sallie Kim

| Attempt Detail |
|---|

1) Unsuccessful Attempt on: Apr 7, 2023, 10:41 am MDT at 125 S King St Suite 2A, Jackson, WY 83001
This is a law office. The attorney, Chad Marlowe, would be the person to accept and he is not in.

2) Unsuccessful Attempt on: Apr 7, 2023, 11:10 am MDT at 125 S King St Suite 2A, Jackson, WY 83001
Attorney Chad Marlowe advised me on the phone that they no longer represent the individual, nor any of his companies.

3. **Person Who Served Papers:**
  a. Tom Combs                            d. *The Fee for Service was:* $586.50
  b. FIRST LEGAL
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
  c. (213) 250-1111

4. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                                        04/19/2023
                                                         (Date)                              (Signature)



                                         AFFIDAVIT OF                                8656403
                                         DUE DILIGENCE                              (5277931)

**Exhibit C - Page 1**