# EXHIBIT D

**From:** "pmenges mengeslaw.com" <pmenges@mengeslaw.com>
**Date:** May 20, 2023 at 11:32:09 AM PDT
**To:** mark.mersel@bclp.law.com, Mark Mersel <Mark.Mersel@bclplaw.com>
**Subject: Bruce Miller**

Mr. Mersel:

I received your voice message. I represent Mr. Miller on a very limited issue in a probate matter in Jefferson County Colorado. I do not have authorization to disclose his whereabouts. Thank you.

1

Peter D. Menges
The Law Office of Peter D. Menges, P.C.

One Sherman Place
140 East 19th Avenue, Suite 300
Denver, Colorado 80203

Phone (303) 333-8433

Fax (303) 863-8888
[pmenges@mengeslaw.com](pmenges@mengeslaw.com)
[www.mengeslaw.com](www.mengeslaw.com)

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](www.bclplaw.com).