# EXHIBIT E

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Telephone No: 310-576-2100<br>Attorney For: | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: RIC (SAN LEANDRO) LLC, a California limited liability company |
|---|
| Defendant: BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al. |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-01501-SK |
|---|---|---|---|---|

1. I, Brian Olds , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Kenneth Edward Greer, an individual and Colorado resident as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Interested Parties and Corporate Disclosure Statement of Plaintiff RIC (San Leandro) LLC; Case assigned to Magistrate Judge Sallie Kim.; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For Magistrate Judge Sallie Kim

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Brian Olds on: Apr 5, 2023, 11:05 am MST at 1250 N Humboldt St Apt 1203, Denver, CO 80218
The address given for service is a security apartment building. The name of the subject to be served was not found on the tenant list in the call box. Personnel in management office were not helpful in answering my questions. I was unable to access the building and unable to confirm whether or not the subject resides in the apartment specified.

2) Unsuccessful Attempt by: Brian Olds on: Apr 7, 2023, 6:20 pm MST at 1250 N Humboldt St Apt 1203, Denver, CO 80218
Unable to access the building.

3) Unsuccessful Attempt by: Brian Olds on: Apr 9, 2023, 7:10 pm MST at 1250 N Humboldt St Apt 1203, Denver, CO 80218
Unable to access the building. Signs are posted reminding tenants to not give access to people they don't know and the few that have come or gone during my attempts have taken that to heart. Will place service on hold, please contact Investigations.



AFFIDAVIT OF
DUE DILIGENCE

8656412
(5277943)
Page 1 of 2

Exhibit E - Page 1

| Attorney or Party without Attorney: BRYAN CAVE LEIGHTON PAISNER LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Telephone No: 310-576-2100<br>Attorney For: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: RIC (SAN LEANDRO) LLC, a California limited liability company<br>Defendant: BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al. | | | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-01501-SK |

3. **Person Who Served Papers:**
   a. Brian Olds
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $689.44

4. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/26/2023
(Date)

(Signature)



AFFIDAVIT OF
DUE DILIGENCE

8656412
(5277943)
Page 2 of 2

Exhibit E - Page 2