**EXHIBIT F**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| H. Mark Mersel (SBN 130382) <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> 1920 Main Street, Suite 1000 <br> Irvine, CA 92614 <br>    Telephone No: 949-223-7000 <br>    Attorney For: | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: RIC (SAN LEANDRO) LLC, a California limited liability company <br> Defendant: BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al. | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date:    Time:    Dept/Div: | Case Number: <br> 3:23-cv-01501-SK |

1. I, Brian Olds, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Kenneth Edward Greer, an individual and Colorado resident as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For Magistrate Judge Sallie Kim; Case assigned to Magistrate Judge Sallie Kim; Notice of Interested Parties and Corporate Disclosure Statement of Plaintiff RIc

**Attempt Detail**

1) Unsuccessful Attempt by: Brian Olds on: May 8, 2023, 7:40 pm MST at 3278 S Glencoe St, Denver, CO 80222
There was no answer. The same lock box was attached to the house near the entrance. As I was walking away from the property a car pulled into the driveway, A black Ford Escape, Colorado Tags: BXR E05. Spoke to a Hispanic couple who had children with them. They told me that they are renting there and that they had only moved in 2 months ago. They gave their last name as Jacinto and subject is unknown to them.

3. **Person Who Served Papers:**
   a. Brian Olds
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   Recoverable cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was: $483.56
   e. I am: Not A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

        5/24/2023                *[signature]*
          (Date)                   (Signature)



AFFIDAVIT OF
DUE DILIGENCE

8834132
(5311223)

Exhibit F - Page 1