# EXHIBIT G

<table>
<tr><td><em>Attorney or Party without Attorney:</em><br>H. Mark Mersel (SBN 130382)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>   <em>Telephone No:</em> 310-576-2100<br><br>   <em>Attorney For:</em> Plaintiff</td><td><em>Ref. No. or File No.:</em></td><td><strong>For Court Use Only</strong></td></tr>
</table>

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* RIC (SAN LEANDRO) LLC, a California limited liability company
*Defendant:* BRUCE DOUGLAS MILLER, an individual and Wyoming resident; et al.

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-01501-SK |
|---|---|---|---|---|

1. I, Mark Brown, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Kenneth Edward Greer, an individual as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Case assigned to Magistrate Judge Sallie Kim; Standing Order For Magistrate Judge Sallie Kim; Notice of Interested Parties and Corporate Disclosure Statement of Plaintiff RIC LLC

| Attempt Detail |
|---|

1) Unsuccessful Attempt on: Apr 12, 2023, 4:05 pm PDT at 8210 El Paseo Grande, La Jolla, CA 92037
The address is a residence. There was o answer when I rang. No sign of activity.

3. **Person Who Served Papers:**
  a. Mark Brown (1865, San Diego County)      **d. The Fee** for Service was: $1116.01
  b. FIRST LEGAL
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
  c. (213) 250-1111

4. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                        05/24/2023
                          (Date)                       (Signature)



AFFIDAVIT OF
DUE DILIGENCE

8694345
(5285108)

Exhibit G - Page 1