EXHIBIT A

EXHIBIT A

# DEFICIENCY STATEMENT



**BORROWER**

Oakland Cannery Real Estate LLC
3031 Tisch Way, Suite 90
San Jose CA 95128

| ACCOUNT NO. | 8766 |
|---|---|
| STATEMENT DATE | 2022-03-23 |
| **STATEMENT SUMMARY** | |
| Outstanding Amount | **$51,507,018.29** |
| Effective Date | **2023-03-24** |

After 2:00pm (PST) on 2023-03-24, per diem at default rate of **$21,446.26** applies. (Note rate per diem is $12,515.04).

**Property:**
5601 and 5733 San Leandro Street Oakland CA

## ACCOUNT ACTIVITY

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 09/14/2022 | Principal balance | $54,426,570.64 | | $54,426,570.64 |
| 09/14/2022 | Note rate interest outstanding to and including 09/14/2022 | $9,263,145.72 | | $63,689,716.36 |
| 09/14/2022 | Additional Default interest 03/15/2021 – 09/14/2022 | $5,152,940.14 | | $68,842,656.50 |
| 09/14/2022 | Late charges on note rate interest during default period | $432,662.90 | | $69,275,319.40 |
| 09/14/2022 | Legal fees (Foley and Lardner LLP) – billed | $56,808.13 | | $69,332,127.53 |
| 09/14/2022 | Legal fees (Foley and Lardner LLP) – WIP | $27,130.93 | | $69,359,258.46 |
| 09/14/2022 | Legal fees (BCLP LLP) | $242,103.30 | | $69,601,361.76 |
| 09/14/2022 | Unbilled Disbursements to Aug. 29, 2022 | $234,261.35 | | $69,835,623.11 |
| 09/14/2022 | Late charge upon Maturity (Sec 2.1 of Promissory Note) | $2,749,413.72 | | $72,585,036.83 |
| 09/14/2022 | Statement Fee x4 | $1,400.00 | | $72,586,436.83 |
| 09/14/2022 | Credit Bid | | $25,000,000.00 | $47,586,436.83 |
| **03/23/2023** | Note rate interest from 09/15/2022 to and including 03/23/2023 on new balance | $2,306,525.79 | | $49,892,962.62 |
| **03/23/2023** | Additional Default interest 09/15/2022 to and including 03/23/2023 on new balance | $1,592,399.42 | | $51,485,362.04 |
| **03/23/2023** | Additional Unbilled Disbursements to date of Credit Bid (Sept. 14, 2022) | $21,656.25 | | $51,507,018.29 |
| **03/23/2023** | **Additional legal fees to Credit Bid date** | TBD | | |

ALL FUNDS ARE EXPRESSED IN US DOLLARS.

THIS STATEMENT HAS BEEN PREPARED FOR LOAN DEFICIENCY PURPOSES AND MAY NOT BE USED FOR ANY OTHER PURPOSE WITHOUT THE EXPRESS WRITTEN CONSENT OF THE LENDER.

THE AMOUNT DUE ASSUMES NO FURTHER ACTIVITY ON THE MORTGAGE ACCOUNT AND NO FURTHER EXPENSES AND/OR FEES ARE INCURRED OTHER THAN LEGAL FEES. ROMSPEN RESERVES THE RIGHT TO AMEND THIS STATEMENT IN THE EVENT OF CHANGE.

**Exhibit A - Page 1**

Yours truly,
**ROMSPEN INVESTMENT CORPORATION**
**PER:**

Mary Gianfriddo
Managing Partner

E. & O. E.
 HST Registration No. 135897494

**Exhibit A - Page 2**