**BRYAN CAVE LEIGHTON PAISNER LLP**
H. Mark Mersel, California Bar No. 130382
mark.mersel@bclplaw.com
Olivia J. Scott, California Bar No. 329725
olivia.scott3@bclplaw.com
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Plaintiff RIC (SAN LEANDRO) LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIC (SAN LEANDRO) LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE DOUGLAS MILLER, an individual and Wyoming resident, PATRICK JOHN KOENTGES, an individual and Colorado resident, KENNETH EDWARD GREER, an individual and Colorado resident, GREEN SAGE, LLC, a Colorado limited liability company,<br><br>Defendants. | Case No. 3:23-cv-01501-SK<br><br>**DECLARATION OF WILLIAM MURDOCH IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR ORDER AUTHORIZING SERVICE OF DEFENDANTS BRUCE DOUGLAS MILLER AND KENNETH EDWARD GREER BY PUBLICATION**<br><br>**[Fed R.Civ.P. 4(e)(1)]**<br><br>[*Filed contemporaneously with Notice of Motion and Memorandum of Points and Authorities; Declaration of Olivia J. Scott; and [Proposed] Order*]<br><br>Hon. Sallie Kim, Courtroom C<br><br>Date: August 21, 2023<br>Time: 9:30 a.m.<br>Courtroom: C |

607240788

DECLARATION OF BILL MURDOCH IN SUPPORT OF RENEWED MOTION FOR ORDER AUTHORIZING SERVICE BY PUBLICATION

# DECLARATION OF BILL MURDOCH

I, William Murdoch, declare as follows:

1. I am a duly licensed private investigator located in the state of California. On or around May 9, 2023, I was engaged by Plaintiff RIC (San Leandro) LLC, ("**Plaintiff**") to locate Bruce Miller and Ken Greer in order for Plaintiff to effectuate service of process. I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could testify competently to them.

2. Upon my engagement, I conducted the following searches: (1) searched public databases to locate address for these individuals; (2) cross-referenced known family members to determine current residences; (3) ran license plates numbers of vehicles parked outside addresses associated with either Defendant; and (4) conducted searches for driver's licenses potentially linked to either Defendant.

3. As a result of the foregoing investigations, I confirmed that 125 S. King St. Suite 2A, Jackson, Wyoming and 10669 Gee Norman Rd., Belgrade, Montana addresses are associated with Mr. Miller, and 8120 El Paseo Grande, La Jolla, California is associated with Mr. Greer.

4. On or about May 22, 2023, I identified the personal cell phone number for Defendant, Mr. Ken Greer, and I made a phone call to that number. When Mr. Greer answered that May 22 phone call, I stated, "Hi, is this Kenny?" to which Mr. Greer said "Yes." I then introduced myself as a licensed private investigator in possession of legal documents that I needed to serve on Mr. Greer. Mr. Greer then interrupted me, said, "I'm sorry," and promptly disconnected the call.

5. I followed up the May 22 phone call by sending a text message that same day to the same phone number identified as Mr. Greer's personal cell phone stating: "Just hear me out, please. We can meet at a coffee shop of your choice in La Jolla. I'm trying to be discrete." As of the date of this Motion, Mr. Greer never responded to my text message.

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct.

Executed on this 7th day of June, 2023, at Irvine, California.

_William Murdoch_