BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA 92614-7276

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIC (SAN LEANDRO) LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE DOUGLAS MILLER, an individual and Wyoming resident, PATRICK JOHN KOENTGES, an individual and Colorado resident, KENNETH EDWARD GREER, an individual and Colorado resident, GREEN SAGE, LLC, a Colorado limited liability company,<br><br>Defendants. | Case No. 3:23-cv-01501-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION AUTHORIZING SERVICE OF DEFENDANTS BRUCE DOUGLAS MILLER AND KENNETH EDWARD GREER BY PUBLICATION**<br><br>**[Fed R.Civ.P. 4(e)(1)]**<br><br>[*Filed contemporaneously with Notice of Motion and Memorandum of Points and Authorities; Declaration of Olivia J. Scott; and Declaration of Bill Murdoch*]<br><br>Hon. Sallie Kim, Courtroom C<br><br>Date:     August 21, 2023<br>Time:    9:30 a.m.<br>Courtroom:     C |

[PROPOSED] ORDER GRANTING MOTION FOR ORDER AUTHORIZING SERVICE BY PUBLICATION

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA 92614-7276

1    Having read and considered Plaintiff RIC (San Leandro) LLC's ("**Plaintiff**") Renewed

2  Motion for an order Authorizing Service by Publication of Defendants Bruce Douglas Miller, an

3  individual and Wyoming resident ("**Mr. Miller**") and Kenneth Edward Greer, an individual and

4  Colorado resident ("**Mr. Greer**" together with Mr. Miller, the "**Defendants**"); and having found

5  that: (1) the parties to be served cannot with reasonable diligence be served in another manner; and

6  (2) a viable cause of action exists against the parties upon whom service is to be made, this Court

7  finds that good cause exists to grant Plaintiff's Motion in its entirety:

8    IT IS HEREBY ORDERED that

9    1.    Plaintiff is authorized to serve on the Defendants the Summons and Complaint in

10  this action by publication in each of the following newspapers once a week for four consecutive

11  weeks:  (a) the Daily Transcript in San Diego County in California; (b) the Denver Herald

12  Dispatch in Denver County in Colorado and The Sentinel in Arapahoe County in Colorado; (c) the

13  Jackson Hole News & Guide in Teton County in Wyoming; and (d) the Bozeman Daily Chronicle

14  in Gallatin County in Montana.

15    **IT IS SO ORDERED.**

16

17

18  Dated: _____        _____
                                        Honorable Sallie Kim

19                                      United States District Judge

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR ORDER AUTHORIZING SERVICE BY PUBLICATION