H. Mark Mersel, California Bar No. 130382
mark.mersel@bclplaw.com
Adam Vukovic, California Bar No. 301392
adam.vukovic@bclplaw.com
Olivia J. Scott, California Bar No. 329725
olivia.scott3@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Attorneys for Plaintiff RIC (SAN LEANDRO) LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIC (SAN LEANDRO) LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE DOUGLAS MILLER, an individual and Wyoming resident, PATRICK JOHN KOENTGES, an individual and Colorado resident, KENNETH EDWARD GREER, an individual and Colorado resident, GREEN SAGE, LLC, a Colorado limited liability company,<br><br>Defendants. | Case No. 3:23-cv-01501-CRB<br><br>**APPLICATION FOR DEFAULT JUDGMENT AS TO DEFENDANT BRUCE DOUGLAS MILLER**<br><br>Hon. Charles R. Breyer |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

Plaintiff RIC (San Leandro) LLC, ("**Plaintiff**") hereby requests that default judgment be entered against Defendant Bruce Douglas Miller ("**Miller**") pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure ("**FRCP**").

***Entry of Clerk's Default***: Service by publication, pursuant to the Court's authorization provided in its August 28, 2023 Order (Docket No. 28, as clarified in Docket No. 29) was completed on or about October 12, 2023, and evidenced by those Service by Publication statements Plaintiff filed at Docket Nos. 30-34. On October 31, 2023, Plaintiff filed a Motion for Entry of Default Against Miller (Docket No. 39). The Clerk issued a Notice of Entry of Default as to Miller on November 1, 2023 (Docket No. 41).

***Evidence Supporting Clerk's Judgment***: Plaintiff now brings this Application, pursuant to FRCP 55(b)(1), seeking default judgment as against Miller. The declaration of Wesley Roitman, filed concurrently herewith, establishes proof of a sum certain due and owing to Plaintiff by Miller totaling $51,507,018.29, pursuant to the parties' Guaranty Agreement (defined in the Complaint). The requested amount is properly awardable by the Clerk, pursuant to FRCP 55(b)(1). Plaintiff asserts, on information and belief, that Miller is not in military service and are neither minors nor incompetent.

***Judgment To Be Entered***: Plaintiff requests that judgment be entered awarding damages to Plaintiff in the total amount of $51,507,018.29. Prejudgment interest is authorized here pursuant to Section 7.2(b) of the Loan Agreement (defined in the Complaint), guaranteed by Greer. Plaintiff also requests that the judgment entered by the Clerk include an award of pre-judgment interest in the total amount of $6,158,603.05. Accordingly, Plaintiff requests that the Clerk enter judgment in the total amount of $57,665,621.34, which amount does not include attorneys' fees.

Dated: January 5, 2024

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: *H. Mark Mersel*
     H. Mark Mersel
Attorneys for Plaintiff
RIC (SAN LEANDRO) LLC