UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIC (SAN LEANDRO) LLC,<br><br>　　Plaintiff,<br><br>　v.<br><br>BRUCE DOUGLAS MILLER,<br><br>　　Defendant. | Case No. 23-cv-01501-JST<br><br>**ORDER ADOPTING REPORTS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF Nos. 63, 73, 79 |

The Court has reviewed Magistrate Judge Sallie Kim's report and recommendation, ECF No. 73, and her amended report and recommendation, ECF No. 79, to grant Plaintiff RIC (San Leandro) LLC's motion for default judgment, ECF No. 63. Plaintiff was unable to serve these documents on Defendant Bruce Miller personally, ECF No. 80 at 2–3, but did so both by publication and by electronic mail, ECF Nos. 84–86. The last publication of the reports and recommendations occurred on September 30, 2025. ECF No. 85 at 2. In addition, counsel received an email response from Miller on September 12, 2025, ECF No. 86 at 17, and the Court therefore has confidence that Miller received copies of both of Judge Kim's reports and recommendations on that date. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report and its amendment to be correct, well-reasoned, and thorough, and adopts them in every respect.[1] Default judgment against Defendant Miller is granted in the

---

[1] It appears that the outstanding principal less the $25 million credit bid should have been $29,426,570.64, rather than the $29,426,570.60 listed in Plaintiff's supplemental briefing on damages and interest. *See* ECF No. 77 at 2 (listing original unpaid principal amount as $54,426,570.64). However, Plaintiff did not object to using the lower amount and, in fact, proposed it. The Court therefore does not adjust the amount of the judgment.

1  amount of $42,264,930.42.

2  The Clerk shall enter judgment and close the file.

3  **IT IS SO ORDERED.**

4  Dated:   November 4, 2025



JON S. TIGAR
United States District Judge